AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Shulman)

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Cristian Geovanni Rojas Benitez<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-mj-1315 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Cristian Geovanni Rojas Benitez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
On or about June 23 2025, in the Eastern District of Pennsylvania, defendant Cristian Geovanni Rojas Benitez, an alien, and native and citizen of Mexico, who has no legal status in the United States, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with an employee of the United States, that is, a Special Agent with Homeland Security Investigations, a Deportation Officer with Immigration and Customs Enforcement, and a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms, while engaged in the performance of official duties, all in violation of Title 18, United States Code, 111.

Date: 6/23/25

/s/ Pamela A. Carlos
*Issuing officer's signature*

City and state:  Philadelphia, Pennsylvania       Honorable Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/24/2025, and the person was arrested on *(date)* 7/24/25
at *(city and state)* Washington, DC.

Date: 7/24/25

*Arresting officer's signature*

DUSM Stanislowski
*Printed name and title*